IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Laura P Schuman | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| Case number (If known) | 20-40737 | | |

☑ Check if this is an amended plan.

## Chapter 13 Plan and Motion

[Pursuant to Fed. R. Bankr. P. 3015.1, the Southern District of Georgia General Order 2017-3 adopts this form in lieu of the Official Form 113].

1. **Notices.** Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as not being contained in the plan or if neither or both boxes are checked, the provision will be ineffective if set out in the plan.

    (a) This plan:
    ☐ contains nonstandard provisions. See paragraph 15 below.
    ☑ does not contain nonstandard provisions.

    (b) This plan:
    ☑ values the claim(s) that secures collateral. See paragraph 4(f) below.
    ☐ does not value claim(s) that secures collateral.

    (c) This plan:
    ☑ seeks to avoid a lien or security interest. See paragraph 8 below.
    ☐ does not seek to avoid a lien or security interest.

2. **Plan Payments.**

    (a) The Debtor(s) shall pay to the Chapter 13 Trustee (the "Trustee") the sum of $ **285.00** for the applicable commitment period of:

    ☐ 60 months: **or**

    ☑ a minimum of 36 months. See 11 U.S.C. § 1325(b)(4).

    (If applicable include the following: These plan payments will change to $_____ monthly on _____.)

    (b) The payments under paragraph 2(a) shall be paid:

    ☐ Pursuant to a Notice to Commence Wage Withholding, the Debtor(s) request(s) that the Trustee serve such Notice(s) upon the Debtor's(s') employer(s) as soon as practicable after the filing of this plan. Such Notice(s) shall direct the Debtor's(s') employer(s) to withhold and remit to the Trustee a dollar amount that corresponds to the following percentages of the monthly plan payment:

    ☐ Debtor 1 ____% ☐ Debtor 2 ____%

    ☑ Direct to the Trustee for the following reason(s):
    ☑ The Debtor(s) receive(s) income solely from self-employment, Social Security, government assistance, or retirement.
    ☐ The Debtor(s) assert(s) that wage withholding is not feasible for the following reason(s):

    (c) Additional Payments of $**0.00** (estimated amount) will be made on _____ (anticipated date) from (source, including income tax refunds).

3. **Long-Term Debt Payments.**

    (a) **Maintenance of Current Installment Payments.** The Debtor(s) will make monthly payments in the manner specified as follows on the following long-term debts pursuant to 11 U.S.C. § 1322(b)(5). These postpetition payments will be disbursed by either the Trustee or directly by the Debtor(s), as specified below. Postpetition payments are to be applied to postpetition amounts owed for principal, interest, authorized postpetition late charges and escrow, if applicable. Conduit payments that are to be made by the Trustee which

Debtor    **Laura P Schuman**                              Case number

become due after the filing of the petition but before the month of the first payment designated here will be added to the prepetition arrearage claim.

| CREDITOR | COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | PAYMENTS TO MADE BY (TRUSTEE OR DEBTOR(S)) | MONTH OF FIRST POSTPETITION PAYMENT TO CREDITOR | INITIAL MONTHLY PAYMENT |
|---|---|---|---|---|---|

(b) **Cure of Arrearage on Long-Term Debt.** Pursuant to 11 U.S.C. § 1322(b)(5), prepetition arrearage claims will be paid in full through disbursements by the Trustee, with interest (if any) at the rate stated below. Prepetition arrearage payments are to be applied to prepetition amounts owed as evidenced by the allowed claim.

| CREDITOR | DESCRIPTION OF COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | ESTIMATED AMOUNT OF ARREARAGE | INTEREST RATE ON ARREARAGE (if applicable) |
|---|---|---|---|---|

4.  **Treatment of Claims.** From the payments received, the Trustee shall make disbursements as follows unless designated otherwise:

  (a)  **Trustee's Fees.** The Trustee percentage fee as set by the United States Trustee.

  (b)  **Attorney's Fees.** Attorney's fees allowed pursuant to 11 U.S.C. § 507(a)(2) of $ **4,500.00**.

  (c)  **Priority Claims.** Other 11 U.S.C. § 507 claims, unless provided for otherwise in the plan will be paid in full over the life of the plan as funds become available in the order specified by law.

  (d)  **Fully Secured Allowed Claims.** All allowed claims that are fully secured shall be paid through the plan as set forth below.

| CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| -NONE- | | | | |

  (e)  **Secured Claims Excluded from 11 U.S.C. § 506 (those claims subject to the hanging paragraph of 11 U.S.C. § 1325(a)).** The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor(s), or (2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the plan with interest at the rate stated below:

| CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| -NONE- | | | | |

  (f)  **Valuation of Secured Claims to Which 11 U.S.C. § 506 is Applicable.** The Debtor(s) move(s) to value the claims partially secured by collateral pursuant to 11 U.S.C. § 506 and provide payment in satisfaction of those claims as set forth below. The unsecured portion of any bifurcated claims set forth below will be paid pursuant to paragraph 4(h) below. The plan shall be served on all affected creditors in compliance with Fed. R. Bankr. P. 3012(b), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | DESCRIPTION OF COLLATERAL | VALUATION OF SECURED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| Capital One Auto Finance | 2015 Ford Escape | $8,500.00 | 5.00% | $165 |

  (g)  **Special Treatment of Unsecured Claims.** The following unsecured allowed claims are classified to be paid at 100%

  ☐ with interest at ____% per annum; or ☐ without interest:
  **None**

  (h)  **General Unsecured Claims.** Allowed general unsecured claims, including the unsecured portion of any bifurcated claims provided for in paragraph 4(f) or paragraph 9 of this plan, will be paid a **0.00**% dividend or a pro rata share of $ **500.00**, whichever is greater.

Debtor   **Laura P Schuman**                              Case number

5. **Executory Contracts.**
   (a) **Maintenance of Current Installment Payments or Rejection of Executory Contract(s) and/or Unexpired Lease(s).**

| CREDITOR | DESCRIPTION OF PROPERTY/SERVICES AND CONTRACT | ASSUMED/REJECTED | MONTHLY PAYMENT | DISBURSED BY TRUSTEE OR DEBTORS |
|---|---|---|---|---|
| **Aaron's Sales and Lease Ownership** | **Rental Contract** | **Rejected** | | |
| **Grubb Properties** | **residential lease** | **assumed** | **$1000.00** | |

   (b) **Treatment of Arrearages.** Prepetition arrearage claims will be paid in full through disbursements by the Trustee.

| CREDITOR | ESTIMATED ARREARAGE |
|---|---|
| -NONE- | |

6. **Adequate Protection Payments.** The Debtor(s) will make pre-confirmation lease and adequate protection payments pursuant to 11 U.S.C. § 1326(a)(1) on allowed claims of the following creditors: ☐ Direct to the Creditor; or ☑ To the Trustee

| CREDITOR | ADEQUATE PROTECTION OR LEASE PAYMENT AMOUNT |
|---|---|
| **Capital One Auto Finance** | **$50.00** |

7. **Domestic Support Obligations.** The Debtor(s) will pay all postpetition domestic support obligations direct to the holder of such claim identified here. See 11 U.S.C. § 101(14A). The Trustee will provide the statutory notice of 11 U.S.C. § 1302(d) to the following claimant(s):

| CLAIMANT | ADDRESS |
|---|---|
| -NONE- | |

8. **Lien Avoidance.** Pursuant to 11 U.S.C. § 522(f), the Debtor(s) move(s) to avoid the lien(s) or security interest(s) of the following creditor(s), upon confirmation but subject to 11 U.S.C. § 349, with respect to the property described below. The plan shall be served on all affected creditor(s) in compliance with Fed. R. Bankr. P. 4003(d), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | LIEN IDENTIFICATION (if known) | PROPERTY |
|---|---|---|
| **Asset Acceptance/Citibank Mastercard** | | **Judgment** |
| **Citibank** | | **Judgment** |
| **Covington Credit** | | **Non-Pmsi HHGs** |

9. **Surrender of Collateral.** The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below upon confirmation of the plan. The Debtor(s) request(s) that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed deficiency balance resulting from a creditor's disposition of the collateral will be treated as an unsecured claim in paragraph 4(h) of this plan if the creditor amends its previously-filed, timely claim within 180 days from entry of the order confirming this plan or by such additional time as the creditor may be granted upon motion filed within that 180-day period.

| CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
|---|---|---|
| **Bayview Loan Servicing, LLC** | **257 Bordeaux Lane, Savannah, GA 31419** | **Partial Satisfaction - Allow Unsecured Deficiency** |

10. **Retention of Liens.** Holders of allowed secured claims shall retain the liens securing said claims to the full extent provided by 11 U.S.C § 1325(a)(5).

11. **Amounts of Claims and Claim Objections.** The amount, and secured or unsecured status, of claims disclosed in this plan are based upon the best estimate and belief of the Debtor(s). An allowed proof of claim will supersede those estimated claims. In accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure objections to claims may be filed before or after confirmation.

12. **Payment Increases.** The Debtor(s) will increase payments in the amount necessary to fund allowed claims as this plan proposes, after notice from the Trustee and a hearing if necessary, unless a plan modification is approved.

13. **Federal Rule of Bankruptcy Procedure 3002.1.** The Trustee shall not pay any fees, expenses, or charges disclosed by a creditor pursuant to Fed. R. Bankr. P. 3002.1(c) unless the Debtor's(s') plan is modified after the filing of the notice to provide for payment of such fees, expenses, or charges.

| Debtor | Laura P Schuman | Case number | |
|---|---|---|---|

14. **Service of Plan.** Pursuant to Fed. R. Bankr. P. 3015(d) and General Order 2017-3, the Debtor(s) shall serve the Chapter 13 plan on the Trustee and all creditors when the plan is filed with the court, and file a certificate of service accordingly. If the Debtor(s) seek(s) to limit the amount of a secured claim based on valuation of collateral (paragraph 4(f) above), seek(s) to avoid a security interest or lien (paragraph 8 above), or seek(s) to initiate a contested matter, the Debtor(s) must serve the plan on the affected creditors pursuant to Fed. R. Bankr. P. 7004. See Fed. R. Bankr. P. 3012(b), 4003(d), and 9014.

15. **Nonstandard Provisions.** Under Fed. R. Bankr. P. 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise in this local plan form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

**By signing below, I certify the foregoing plan contains no nonstandard provisions other than those set out in paragraph 15.**

Dated: **Oct. 2, 2020**

**/s/ Laura P Schuman**
**Laura P Schuman**
*Debtor 1*

*Debtor 2*

**/s/ Judson C. Hill**
**Judson C. Hill 354277**
*Attorney for the Debtor(s)*

## IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| IN RE:<br><br>Laura P. Schuman<br><br>Debtor | Chapter 13<br>Case No.: 20-40737-EJC |
|---|---|

### **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the **Amended Chapter 13 Plan** on the following address by First Class Mail, placing the same in the United States Mail with proper postage affixed thereon:

- (see attached mailing matrix)

I hereby certify that I have served a copy of the **Amended Chapter 13 Plan** on the following corporations, partnerships, or other unincorporated associations addressed to an Agent or Officer by First Class Mail, with proper postage affixed thereon to the following address:

- Capital One Auto Finance, Attn: Officer/Legal, P. O. Box 259407, Plano, TX 75025.
- Capital One Auto Finance, Attn: Officer/Legal, P. O. Box 4360, Houston, TX 77210.
- Capital One Auto Finance, c/o AIS Portfolio Services, LP, Attn: Officer/Legal, 4515 N. Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118.
- Capital One Auto Finance, Attn: Officer/Legal, Bankruptcy Dept, 3905 N. Dallas Parkway, Plano, TX 75093.
- Covington Credit, Attn: Officer/Legal, 5507 Abercorn Street, Unit 2, Savannah, GA 31405-6912.
- Covington Credit, Attn: Officer/Legal c/o Southern Management Corp, P. O. Box 1947, Greenville, SC 29602-1947.
- Covington Credit, Attn: Officer/Legal, 1900 E. Victory Drive, Savannah, GA 31404.
- Covington Credit c/o CT Corporation, Registered Agent, 289 S. Culver Street, Lawrenceville, GA 30046-4085.
- Covington Credit, Attn: Officer/Legal, 150 Executive Center Drive, Box 112, Greenville, SC 29615.
-

I hereby certify that I have served a copy of the **Amended Chapter 13 Plan** on the following insured depository institutions by Certified Mail, to the officer of the institution:

- Asset Acceptance/Citibank Master Card, Attn: Officer/Legal, c/o Emmett L. Goodman, Jr., LLC, 544 Mulberry Street, #800, Macon, GA 31201.
- Citibank, Attn: Officer/Legal, 268 South State Street, Suite 300, Salt Lake City, UT 84111.

- Citibank, National Association, Attn: Officer/Legal, 701 East 60th Street, North, Sioux Falls, SD 57104.
- Citibank c/o Cooling & Winter, LLC, Attn: Officer/Legal, 1355 Roswell Road, #240, Marietta, GA 30062.

I hereby certify that I have served a copy of the **Amended Chapter 13 Plan** on the following parties and counsel electronically through the Notice of Electronic Filing (NEF) at the following addresses:

- n/a

This 5th day of October, 2020.

                                                                                                    _____
                                                                                                    KAREN D. TAGGART, PARALEGAL

Gastin & Hill
Attorneys at Law
Post Office Box 8012
Savannah, Georgia 31412
(912) 232-0203

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113J-4<br>Case 20-40737-EJC<br>Southern District of Georgia<br>Savannah<br>Mon Oct  5 08:35:19 EDT 2020 | Aarons Sales and Lease Ownership<br>8914 White Bluff Road<br>Savannah GA 31406-4604 | Asset Acceptance/Citibank Mastercard<br>c/o Emmett L. Goodman, Jr. LLC<br>544 Mulberry Street, #800<br>Macon GA 31201-8261 |
| Atlanta Gastroenterology Assoc.<br>P. O. Box 3475<br>Toledo OH 43607-0475 | Bank Card Services/Indigo<br>P.O. Box 5253<br>Carol Stream IL 60197-5253 | Bayview Loan Servicing<br>Attn: Bankruptcy Dept<br>4425 Ponce de Leon Blvd, 5th Floor<br>Miami FL 33146-1873 |
| CCB/LX Visa<br>P. O. Box 8099<br>Newark DE 19714-8099 | Capital One<br>Attn:  Bankruptcy Dept<br>P.O. Box 30285<br>Salt Lake City UT 84130-0285 | Capital One Auto Finance<br>Attn:  Bankruptcy Dept.<br>3905 N. Dallas Parkway<br>Plano TX 75093-7892 |
| Capital One Auto Finance<br>Attn:  Officer/Legal<br>P. O. Box 4360<br>Houston TX 77210-4360 | Capital One Auto Finance<br>c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 |
| Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Lisa F. Caplan<br>Rubin Lublin, LLC<br>3145 Avalon Ridge Place, Suite 100<br>Peachtree Corners, GA 30071-1570 | Celtic Bank<br>268 South State Street<br>Suite 300<br>Salt Lake City UT 84111-5314 |
| Central Financial Control<br>P.O. Box 66044<br>Anaheim CA 92816-6044 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank<br>c/o Cooling & Winter, LLC<br>1355 Roswell Road, #240<br>Marietta GA 30062-3690 |
| City of Savannah<br>Water Department<br>P. O. Box 1228<br>Savannah GA 31402-1228 | (p)SOUTHERN MANAGEMENT<br>PO BOX 1947<br>GREENVILLE SC 29602-1947 | Covington Credit c/o CT Corporation<br>Registered Agent<br>289 S. Culver Street<br>Lawrenceville GA 30046-4805 |
| Credit One Bank<br>P.O. Box 98873<br>Las Vegas NV 89193-8873 | Diversified Account Systems<br>1331 Citizens Pkwy<br>Suite 110<br>Morrow GA 30260-2965 | ERC<br>P.O. Box 23870<br>Jacksonville FL 32241-3870 |
| Fingerhut/Webbank<br>6250 Ridgewood Rd<br>Saint Cloud MN 56303-0820 | First Premier Bank<br>3820 N. Louise Ave<br>Sioux Falls SD 57107-0145 | GE Money Bank<br>Attn:  Bankruptcy Dept<br>P.O. Box 103104<br>Roswell GA 30076-9104 |
| Grubb Properties<br>4601 Park Road<br>Suite 450<br>Charlotte NC 28209-3568 | Judson C. Hill<br>Gastin & Hill<br>P O Box 8012<br>Savannah, GA 31412-8012 | JC Penneys/GECRB<br>P. O. Box 965007<br>Orlando FL 32896-5007 |

```
LVNV Funding, LLC                       Laboratory Corp. of America              Lisa F. Caplan
Resurgent Capital Services              P. O. Box 2240                           Attorney at Law
PO Box 10587                            Burlington NC 27216-2240                 3145 Avalon Ridge Place, #100
Greenville, SC 29603-0587                                                        Peachtree Corners GA 30071-1570


MABT Visa/Total Visa                    MERRICK BANK                             (p)DSNB MACY S
P. O. Box 5220                          Resurgent Capital Services               CITIBANK
Sioux Falls SD 57117-5220               PO Box 10368                             1000 TECHNOLOGY DRIVE MS 777
                                        Greenville, SC 29603-0368                O FALLON MO 63368-2222


Memorial Health University Med Ctr      Memorial Savannah                        O Byron Meredith III
P. O. Box 23089                         Resurgent Capital Services               P O Box 10556
Savannah GA 31403-3089                  PO Box 1927                              Savannah, GA 31412-0756
                                        Greenville, SC 29602-1927


Merrick Bank                            Midland Credit Management, Inc.          NPAS Solutions LLC
P.O. Box 5000                           2365 Northside Drive                     P.O. Box 2248
Draper UT 84020-5000                    Suite 300                                Maryland Heights MO 63043-1048
                                        San Diego CA 92108-2709


Neurological Institute                  Office of the U. S. Trustee              Optimum Outcomes
4 Jackson Blvd.                         Johnson Square Business Center           Suite 600
Savannah GA 31405-5895                  2 East Bryan Street, Ste 725             421 Fayetteville St
                                        Savannah, GA 31401-2638                  Raleigh NC 27601-1777


PMAB                                    PSG                                      Premier Bankcard, Llc
Two LakePointe Plaza                    P. O. Box 61295                          Jefferson Capital Systems LLC Assignee
4135 South Stream Blvd, Suite 400       Savannah GA 31420-1295                   Po Box 7999
Charlotte NC 28217-4636                                                          Saint Cloud Mn 56302-7999


Quantum3 Group LLC as agent for         Laura P Schuman                          Synchrony Bank
Sadino Funding LLC                      201 West Montgomery Crossroads           c/o PRA Receivables Management, LLC
PO Box 788                              #58                                      PO Box 41021
Kirkland, WA  98083-0788                Savannah, GA 31406-3323                  Norfolk, VA 23541-1021


Synchrony Bank c/o PRA Receivables Managemen   T Mobile/T-Mobile USA Inc         The Endoscopy Center
PO Box 41021                            by American InfoSource as agent          P. O. Box 3475
Norfolk, VA 23541-1021                  4515 N Santa Fe Ave                      Toledo OH 43607-0475
                                        Oklahoma City, OK 73118-7901


Walmart/SYNCB
P.O. Box 965024
Orlando FL 32896-5024
```

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase<br>Bankruptcy Unit<br>P.O. Box 15298<br>Wilmington DE 19850 | Covington Credit<br>5507 Abercorn Street<br>Unit 2<br>Savannah GA 31405 | (d)Covington Credit<br>Attn: Legal/Officer<br>1900 E. Victory Drive, Ste 14<br>Savannah GA 31404 |
| (d)Covington Credit<br>Attn: Legal/Officer<br>150 Executive Center Drive, Box 112<br>Greenville SC 29615 | (d)Covington Credit GA0022<br>c/o Southern Management, Attn: Bk<br>P.O. Box 1947<br>Greenville SC 29602-1947 | Macy/DSNB<br>9111 Duke Blvd<br>Mason OH 45040 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BAYVIEW LOAN SERVICING, LLC

End of Label Matrix
Mailable recipients    54
Bypassed recipients     1
Total                  55